I HEREBY CERTIFY THAT THIS DOCUMENT WAS SERVED BY
FIRST CLASS MAIL, POSTAGE PREPAID, TO ~~ALL COUNSEL~~ Petitioner
(OR PARTIES) AT THEIR RESPECTIVE MOST RECENT ADDRESS OF
RECORD IN THIS ACTION ON THIS DATE.

DATED: 4/15/2011

DEPUTY CLERK

FILED
CLERK, U.S.D.C. SOUTHERN DIVISION

APR 1 4 2011

CENTRAL DISTRICT OF CALIFORNIA
BY                          DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM ANNO,<br><br>　　　　　Petitioner,<br><br>　v.<br><br>LARRY SMALL, Warden,<br><br>　　　　　Respondent. | Case No. EDCV 10-00281 DMG (RNB)<br><br>**ORDER ADOPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE** |

On September 20, 2010, the Magistrate Judge issued a Report and Recommendation [Doc. #23], in which he recommended that this Court deny Petitioner's Motion for Stay [Doc. #2] and dismiss the Petition for Writ of *Habeas Corpus* without prejudice due to Petitioner's failure to exhaust all of his claims. Petitioner filed Objections to the Report and Recommendation [Doc. #25] on October 18, 2010. On February 8, 2011, the Court issued an Order to Show Cause ("OSC") [Doc. #26] why this action should not be dismissed due to Petitioner's apparent failure to proceed with diligence in exhausting his claims in state court.

Petitioner did not respond to the Court's OSC and the April 1, 2011 deadline to do so has now passed. The Court concludes that Petitioner has not been diligent in exhausting his state court remedies and, on that basis, concurs with and adopts the

-1-

Magistrate Judge's recommendation to deny the Motion for Stay and dismiss this action without prejudice. *See Rhines v. Weber*, 544 U.S. 269, 278, 125 S.Ct. 1528, 161 L.Ed.2d 440 (2005); *O'Sullivan v. Boerckel*, 526 U.S. 838, 848, 119 S.Ct. 1728, 144 L.Ed.2d 1 (1999).

In light of the foregoing, Petitioner's Motion for Stay is **DENIED**. Judgment shall be entered dismissing this action without prejudice unless Petitioner, within 30 days of the date of this Order, files a notice of withdrawal of his two unexhausted claims.

**IT IS SO ORDERED.**

DATED: April 11, 2011

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE