I HEREBY CERTIFY THAT THIS DOCUMENT WAS SERVED BY FIRST CLASS MAIL. POSTAGE PREPAID, TO ~~ALL COUNSEL~~ Petitioner (OR PARTIES) AT THEIR RESPECTIVE MOST RECENT ADDRESS OF RECORD IN THIS ACTION ON THIS DATE.

DATED: 8/2/2011

DEPUTY CLERK

* Copy also sent to Kenneth Self

JS-6 Entered

FILED
CLERK, U.S.D.C. SOUTHERN DIVISION

AUG - 2 2011

CENTRAL DISTRICT OF CALIFORNIA
BY                              DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM ANNO,<br><br>          Petitioner,<br><br>      v.<br><br>LARRY SMALL, Warden,<br><br>          Respondent. | Case No. EDCV 10-00281 DMG (RNB)<br><br>**JUDGMENT** |

Pursuant to the Court's April 14, 2011 Order Adopting Findings, Conclusions, and Recommendations of United States Magistrate Judge [Doc. # 29], IT IS HEREBY ORDERED, ADJUDGED, and DECREED that judgment is entered dismissing this action without prejudice.

**IT IS SO ORDERED.**

DATED:   August 1, 2011

                                                    DOLLY M. GEE
                                        UNITED STATES DISTRICT JUDGE

ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

AUG - 2 2011

CENTRAL DISTRICT OF CALIFORNIA
BY                              DEPUTY